IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 10 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00760-OES

RAYMOND JOSEPH OLIVENCIA,

      Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT,
SHIFT COMMANDER, CJC,
(WARDEN) SHERIFF TERRY MAKETA,
HONORABLE JUDGE, Colt Div. I, and
HONORABLE JUDGE MARTINEZ, Div. XIII,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      The instant action was dismissed without prejudice, on July 19, 2005. Therefore, Plaintiff's "Motion Requesting Dismissal, Without Prejudice," filed August 9, 2005, is denied as moot. Furthermore, Plaintiff's Request regarding reinstatement of the action, filed August 8, 2005, also is denied as moot.

Dated: August 10, 2005,

Copies of this Minute Order mailed on August 10, 2005, to the following:

Raymond Joseph Olivencia
Prisoner No. 125801
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                                          Secretary/Deputy Clerk